E-FILED
Wednesday, 07 September, 2005  09:56:58 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

Please Be Careful Not To Discard Or Lose This Notice...

# PRE-APPROVED NOTICE
Actual Documents

To the matter of: Lesa Kaplon

You have been pre-approved for an auto loan. Information contained in your credit bureau report, obtained from a consumer reporting agency was used in connection with selecting you for this offer.

**NOTICE: SEE REVERSE SIDE FOR TERMS & CONDITIONS OF THIS PRE-APPROVED OFFER.**

The amount of loan may vary. For security reasons, the approved amount is not listed. Just call 800-467-7753, with your personal approval code listed below, to find out what your approval amount is.

This offer has been extended to you because you have satisfied criteria for credit worthiness used to select consumers for this pre-approved offer.

Your pre-approval is valid at **GRAUE, INC.** (see below) who has agreed to mark down all of their new and used car inventory to keep within the guidelines of your pre-approval.

**ZERO CASH DOWN PAYMENT**: Many times your trade-in is sufficient for a down payment.

This is a unique offer and we want you to take advantage of your pre-approved auto loan but you must come in during the next 7 days as this offer will expire. Come early for the best selection on over 400 new and pre-owned vehicles.

## *TO DETERMINE YOUR PRE-APPROVAL AMOUNT:*

*Step 1.*   From a touch tone phone call the Autoproval fully automated #: **1 (800) 467-7753**
*Step 2.*   Enter your personal Approval Code # (listed on the certificate below)
*Step 3.*   Your identity will be verified and your pre-approval amount will be given. Write down your pre-approval amount in the space provided below.
*Step 4.*   Present this letter upon entering the dealership listed below.
            (Note: Be prepared to accept immediate delivery of your new or used vehicle.)

Your Authorized Dealer is:

## GRAUE, INC.
### 1905 N. Kickapoo • Lincoln, IL 62656
### (217) 735-4444
### VALID: Next Seven Days Only!

---

| WESTERN SIERRA ACCEPTANCE FINANCIAL ACCOUNTING DIVISION CASHIER DEPARTMENT | AUTO FINANCING CONFIRMATION ISSUED UP TO FULL AMOUNT | Offer Valid: *Next Seven Days Only!* |
|---|---|---|
| ISSUED Made Out To: Lesa Kaplon (ADDRESS REDACTED) | | **PERSONAL APPROVAL CODE #** (REDACTED) Approval Amount:_____ (Enter your approval amount here) |

Notice: Information contained in a pre-qualifying report from a credit reporting agency was used by us in connection with this offer. You received this offer because you satisfied the criteria used for credit worthiness used to select consumers for this offer. The credit may not be extended if after you respond to the offer, we determine that the pre-qualifying report was incorrect or you no longer meet the criteria. You have the right to prohibit your credit file from being used for similar prescreened offers by requesting in writing to: Experian Information Solutions, Inc. at P.O. Box 919 in Allen, TX 75013-0919 or call (888) 567-8688. This is a firm offer of credit in the amount that begins at $900.00 and may be more. An interest rate of 7.99% to 18.99% or to the maximum permitted by law (which ever is greater) is being charged. The interest rate is computed by a simple interest formula. The length of the loan's repayment shall depend on your creditworthiness and could vary from 24 to 60 months. You understand and agree that to obtain this offered auto credit: you must present a current driver's license and one other form of identification at time of credit contracting. This offer is good only for credit with the lender to be secured by a vehicle purchase from the dealer whose name and location is shown on this letter and offer is null and void if any modifications are made to this offer. You must be at least 18 years old to be eligible. Evidence of physical damage insurance must be presented at the time the vehicle is contracting. Equity requirements may apply. Your monthly car payment cannot exceed 20% of your gross monthly income. Your maximum monthly obligations do not exceed 48% of your gross monthly income, including the credit offered on this letter. You will be required to sign below and a motor vehicle credit agreement in a form approved by the lender. Any pre-qualified credit letter presented to the dealer after the expiration date will be processed on a non pre-qualified application. The amount of your credit will depend on the value of the vehicle that you select, credit is available for all new vehicles and pre-owned vehicles – 2000 model year or newer (maximum mileage 65,000). You must provide 3 year residence and 3 year employment. Offer requires presence of previous auto financing which was paid as agreed. Lender assumes no responsibility for incorrect information by various credit reporting agencies. You must provide evidence of at least $1,650 gross monthly income to qualify for up to maximum credit amount offered. If you provide evidence of monthly income of less the $1,650 gross monthly income or if you gave no evidence of your income, your application will be processed as a non-pre-qualified application. Current pay stubs, or your last federal income tax return or current W-2 can be used as evidence of income. Alimony, child support or separate maintenance income need not be revealed if you do not wish it considered for credit. Married persons may apply for a separate account. Underwriter makes final credit decision in all cases. By signing this, you certify the following is true and correct: You understand that upon completion of the requirements herein, Western Sierra Acceptance (lender) will obtain a current credit bureau report on you and this pre-qualified credit offer is not valid if the current credit bureau report shows that you have recently been involved in a bankruptcy, foreclosure, attachment, garnishment, repossession, lien, judgment or charge off in excess of $1,000, outstanding child support, open bankruptcy. You are the individual whose name appears on the front of this pre-approval.
DIS15

1240 North Ave
West Chicago, IL 60185

```
PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
PERMIT #259
CAROL STREAM, IL
```

**Important Financial Information for: Lesa Kaplon**

## IMPORTANT
## INFORMATION ENCLOSED

1  2 ******************5-DIGIT 62704 J69123 0378
Lesa Kaplon
(ADDRESS REDACTED)