E-FILED
Wednesday, 07 September, 2005 10:03:57 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

LESA KAPLON,
        Plaintiff,

v.

GRAUE CHEVROLET-BUICK, INC.,
        Defandant.

**APPEARANCE**

Case Number: 05-3241

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Plaintiff Lesa Kaplon

I certify that I am admitted to practice in this court.

| 9/2/2005 | |
|---|---|
| Date | Signature |

Daniel A. Edelman      00712094
Print Name      Bar Number

120 S. LaSalle St. - 18th Floor
Address

Chicago     IL     60603
City     State     Zip Code

312-739-4200     312-739-0379
Phone Number     Fax Number

Filed stamp: SEP 06 2005 — JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS