E-FILED
Wednesday, 07 September, 2005 10:05:43 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

*[FILED stamp: SEP 06 2005, JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS]*

LESA KAPLON,
        Plaintiff,

v.

GRAUE CHEVROLET-BUICK, INC.,
        Defandant.

**APPEARANCE**

Case Number: 05-3241

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Plaintiff Lesa Kaplon

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/2/2005 | *(signature)* |
| Date | Signature |
| | James O. Latturner     01588095 |
| | Print Name     Bar Number |
| | 120 S. LaSalle St. - 18th Floor |
| | Address |
| | Chicago    IL    60603 |
| | City    State    Zip Code |
| | 312-739-4200    312-739-0379 |
| | Phone Number    Fax Number |