AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

LESA KAPLON,
Plaintiff,
V.
GRAUE CHEVROLET-BUICK, INC.,
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3241

TO: (Name and address of Defendant)

Graue Chevrolet-Buick
1905 North Kickapoo
Lincoln, IL 62656

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. - 18th floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                    9/6/05
CLERK                                DATE

s/ C. Cathcart
(By) DEPUTY CLERK