AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

LESA KAPLON,
Plaintiff,
V.
GRAUE CHEVROLET-BUICK, INC.,
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3241

FILED
SEP 22 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: (Name and address of Defendant)

Graue Chevrolet-Buick
1905 North Kickapoo
Lincoln, IL 62656

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. - 18th floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                    9/6/05
CLERK                                DATE

s/ C. Cathcart
(By) DEPUTY CLERK

**SHERIFF'S OFFICE OF LOGAN COUNTY, ILLINOIS**

| | | |
|---|---|---|
| Control #: 21907 | Paper: Summons | County: US Dist. Court |
| Case #: 05 3241 | Date Filed: 9/6/2005 | Court Date: 20 day |
| Date Recv'd: 9/14/2005 | | |

**Defendant:** Graue Chevrolet-Buick
1905 N. Kickapoo
Lincoln, IL 62656

**Employer:**
**Plaintiff** Kaplon, Lesa
**Service Inf:**

```
FILED
SEP 22 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
```

I certify that I served this process on the defendant as follows:

____ 1. **PERSONAL SERVICE:** By leaving a copy of the attached document(s) with the named defendant personally.

____ 2. **SUBSTITUTE SERVICE:** By leaving a copy of the attached document(s) at his usual place of abode with a person of the family of said defendant of age 13 years or upward and by informing such person with whom said attached document(s) was left of the contents thereof and by also sending a copy of said process in a sealed envelope, postage fully prepaid, addressed to the said defendant at his usual place of abode.

__X__ 3. **CORPORATION SERVICE:** By leaving a copy of the attached document(s) with an agent of said corporation.

____ 4. **NOT FOUND:** The within named defendant not found in my county this _____ day of _____, 2005.

*(IF DIFFERENT THAN INFORMATION POSTED FOR DEFENDANT)*
*Person Served: Dave Renfro Sales Manager     Sex: M
*Address: SAME     Race: W
     Age: 54
Date Served: 9/14/05     Time Served: 5:02 a.m./p.m.     Date Mailed: _____

Number of Miles: 1
☐ OOP entered in LEADS as served.

STEVEN G. NICHOLS, SHERIFF OF LOGAN COUNTY
By: _____, Deputy

**REASON NOT SERVED**
____ 01 Moved-No Forwarding     ____ 04 Evaded Service     ____ 07 Deceased
____ 02 Wrong Address     ____ 05 No Contact Made     ____ 08 Returned Per Attorney
____ 03 Moved-New Address: ____     ____ 06 Other: ____

**SERVICE ATTEMPTS**
DATE     TIME

If fees are due, please remit to:
Logan County Sheriff
601 Broadway, #23
Lincoln, IL 62656

**SHERIFF'S FEES**
Atty/Plaintiff:
Daniel A. Edelman
120 S. LaSalle St., 18th Floor
Chicago, IL 60603

Phone: 312-739-4200

Service     $ 32.00
Return     $ 10.00
Mileage($1.00/mile)     $ 1.00
TOTAL     $ 43.00

21907   Prepaid $43.00