AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Central     DISTRICT OF     Illinois

LESA KAPLON,
　　　　　　Plaintiff,

**APPEARANCE**

v.

Case Number: 3:05-cv-03241

GRAUE CHEVROLET-BUICK, INC.,
　　　　　　Defendant.

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for     Plaintiff Lesa Kaplon

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/27/2005 | s/ Curtis C. Warner |
| Date | Signature |
| | Curtis C. Warner　　　　　　6282197 |
| | Print Name　　　　　　　　　Bar Number |
| | 120 S. LaSalle St. - 18th Floor |
| | Address |
| | Chicago　　　　IL　　　　60603 |
| | City　　　　　　State　　　Zip Code |
| | 312-739-4200　　　　312-739-0379 |
| | Phone Number　　　　　Fax Number |