## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LESA KAPLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:05-cv-03241 |
| v. | ) | Judge Mills |
| | ) | Magistrate Judge Cudmore |
| GRAUE CHEVROLET-BUICK, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**TO:**   John P. Palumbo
Mangan, Langhenry, Gillen & Lunquist
29 S. LaSalle St., Ste 720
Chicago, IL 60603
312-704-6777 (FAX)

     **PLEASE TAKE NOTICE** that on September 27, 2005, we filed with the United States District Court, Central District of Illinois, Springfield Division, an **ATTORNEY APPEARANCE FOR CURTIS C. WARNER,** a copy of which is attached and hereby served upon you.

                                                s/Curtis C. Warner
                                                Curtis C. Warner

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Curtis C. Warner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Curtis C. Warner, certify that on **September 27, 2005**, I electronically filed these documents using the CM/ECF system and sent via U.S. mail and facsimile notification of such filing to the following:

    John P. Palumbo
    Mangan, Langhenry, Gillen & Lunquist
    29 S. LaSalle St., Ste 720
    Chicago, IL 60603
    312-704-6777 (FAX)

                                            s/Curtis C. Warner
                                            Curtis C. Warner

Daniel A. Edelman    courtecl@aol.com
James O. Latturner    jlatturner@edcombs.com
Curtis C. Warner    cwarner@edcombs.com
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)