# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LESA KAPLON, ) | |
| ) | 3:05-cv-03241-RM-BGC |
| Plaintiff, ) | |
| ) | Judge Mills |
| v. ) | |
| ) | |
| GRAUE CHEVROLET-BUICK, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

At a session of the Court at the United States Court House, Springfield, Illinois

Present: Honorable Richard Mills, United Stated District Court Judge

**IT IS HEREBY ORDERED:**

    1.    Plaintiff Kaplon's Motion to Reassign Related Cases 3:05-cv-03241 and 3:05-cv-03226 pursuant to Local Rule 42.1 is **GRANTED.**

    2.    *Kaplon v. Grau Chevrolet-Buick, Inc.*, 3:05-cv-0324, is now reassigned to Judge Scott.

        **ENTERED:**  _____
                          Hon. Richard Mills
                          United States District Court Judge

        **DATE:**  _____

Copies To:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Curtis C. Warner (cwarner@edcombs.com)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60604
(312)739-4200
(312)419-0379 (FAX)

John P. Palumbo
MANGAN, LANGHENRY, GILLEN & LUNDQUIST
29 South LaSalle Street, Suit 720
Chicago, IL 60603
(312) 704-6777 (FAX)