**E-FILED**
Tuesday, 27 September, 2005  04:31:56 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN  DISTRICT OF ILLINOIS
## EASTERN  DIVISION

|  |  |  |
|---|---|---|
| LESA KAPLON, | ) | |
| | ) | 3:05-cv-03241-RM-BGC |
| Plaintiff, | ) | |
| | ) | Judge Mills |
| v. | ) | |
| | ) | |
| GRAUE CHEVROLET-BUICK, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on September 27, 2005, I electronically filed the with the Clerk of the Court using the CM/ECF system Plaintiff Kaplon's Motion to Reassign Related Cases, proposed order, and certificate of service, a copy was also sent U.S. mail and facsimile:

John P. Palumbo
MANGAN, LANGHENRY, GILLEN & LUNDQUIST
29 South LaSalle Street, Suit 720
Chicago, IL 60603
(312) 704-6777 (FAX)


/s/ Curtis C. Warner
Curtis C. Warner


Daniel A. Edelman      courtecl@aol.com
James O. Latturner     jlatturner@edcombs.com
Curtis C. Warner       cwarner@edcombs.com
EDELMAN, COMBS, LATTURNER
        & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)