E-FILED
Monday, 03 October, 2005, 01:08:16 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |
|---|---|---|

LESA KAPLON,

    Plaintiff,

v.

GRAUE CHEVROLET BUICK, INC.

    Defendant.

**APPEARANCE**

Case Number: 05 C 3241

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Graue Chevrolet Buick, Inc.

I certify that I am admitted to practice in this court.

| 9/29/05 | *Adam M. Berger* |
|---|---|
| Date | Signature |

| Adam M. Berger | 06269402 |
|---|---|
| Print Name | Bar Number |

29 South LaSalle, Suite 720
Address

| Chicago | IL | 60603 |
|---|---|---|
| City | State | Zip Code |

| (312) 704-6700 | (312) 704-6777 |
|---|---|
| Phone Number | Fax Number |