# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LESA KAPLON, | ) | |
| | ) | 3:05-cv-03241-RM-BGC |
| Plaintiff, | ) | |
| | ) | Judge Mills |
| v. | ) | |
| | ) | |
| GRAUE CHEVROLET-BUICK, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT

**NOW COMES** Plaintiff Lesa Kaplon by and through her counsel EDELMAN, COMBS, LATTURNER & GOODWIN LLC, and:

1. Pursuant to Fed.RCiv.P. 41 dismisses this matter, **with prejudice;**

2. Request that the court retain jurisdiction for 90 days to enforce the terms of the settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).


Lesa Kaplon

/s/ Curtis C. Warner
By one of her attorneys
Daniel A. Edelman     courtecl@aol.com
Cathleen M. Combs
James O. Latturner    jlatturner@edcombs.com
Curtis C. Warner      cwarner@edcombs.com
EDELMAN, COMBS, LATTURNER
       & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200

(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on October 19, 2005, I electronically filed the document above and the attached proposed order and settlement agreement in this matter with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following below if registered.  Furthermore a copy of the document was sent via by facsimile and deposited after business hours in the U.S. mail to:

John P. Palumbo
Mangan, Langhenry, Gillen & Lunquist
29 S. LaSalle St., Ste 720
Chicago, IL 60603
312-704-6777 (FAX)


/s/ Curtis C. Warner
Curtis C. Warner

Daniel A. Edelman     courtecl@aol.com
Cathleen M. Combs
James O. Latturner     jlatturner@edcombs.com
Curtis C. Warner     cwarner@edcombs.com
EDELMAN, COMBS, LATTURNER
       & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)